UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PEDRO A. FIGUEROA, #01994411, § § *Plaintiff*, § § v. § § UNIDENTIFIED PRISON OFFICIALS, § § *Defendant*. § | Civil Action No. 3:21-CV-01212-X-BK |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Therefore, under Federal Rule of Civil Procedure 41(b), the Court **DISMISSES** this case **WITHOUT PREJUDICE** for failure to comply with a court order and for lack of prosecution.

**IT IS SO ORDERED** this 12th day of October 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE